■ In the Matter of JEFFREY F. MARTIN, Respondent, v LISA A. WOOD, Appellant. (And Another Related Proceeding.) [24 NYS3d 923]—Appeal from an order of the Family Court of Cortland County (Campbell, J.), entered January 12, 2015, which, among other things, partially granted petitioner's application, in a proceeding pursuant to Family Ct Act article 6, for visitation with the parties' child.

Order affirmed, upon the opinion of Judge Julie A. Campbell.

Peters, P.J., McCarthy, Rose and Lynch, JJ., concur. Ordered that the order is affirmed, without costs.